BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



MAY 27 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of | CASE NO. 1:11 SW 00090 GSA  |
| 581 West Ashlan Avenue, Apartment 102 Clovis, California | [PROPOSED] ORDER TO SEAL SEARCH WARRANT, SEARCH WARRANT APPLICATION, AND AFFIDAVIT IN SUPPORT THEREOF |
| | **UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file its search warrant, search warrant application, and affidavit in support thereof, as well as relevant documents, under seal, and good cause appearing,

IT IS SO ORDERED, that the above-listed documents in these proceedings, shall be filed with this Court under <u>seal</u> and shall not be disclosed until the search warrant is served, at which time the documents will be unsealed without further order of the Court.

DATED: 5/26, 2011

_____
HONORABLE GARY S. AUSTIN
U.S. Magistrate Court Judge

1