1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4077

FILED

MAY 31 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of ) | 1:11-SW-00090 GSA |
| ) | |
| ) | ORDER TO UNSEAL SEARCH WARRANT |
| ) | |
| 581 West Ashlan Avenue, ) | |
| Apartment 102 ) | |
| Clovis, California ) | |

The search warrant in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the search warrant be unsealed and made public record.

Dated: May 31, 2011

_____
U.S. Magistrate Judge

1